RACHEL N. FELDSTEIN, Appellant, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

Argued May 19, 1941; decided June 12, 1941.

*Horace M. Gray, Charles E. Wythe* and *Harry Tannenbaum* for appellant.

*Lee M. Gammill* and *Louis H. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

CONCUR: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.